UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK A. PERELMAN,<br><br>        Plaintiff,<br><br>  -against-<br><br>FEDERAL RESERVE DISTRICT BANK OF NEW YORK,<br><br>        Defendant. | Case No. 1:25-cv-02125 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff's opposition to the Federal Reserve District Bank of New York's motion to dismiss Plaintiff's Complaint, Dkt. 16, was due August 19, 2025. Given Plaintiff's *pro se* status, the Court shall grant Plaintiff a courtesy extension until September 2, 2025, to file an opposition to the pending motion to dismiss.

  The Clerk of Court is respectfully directed to email a copy of this Order to Plaintiff's email address listed on the docket.

Dated: August 25, 2025
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge