UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK A. PERELMAN,<br><br>                          Plaintiff,<br><br>               -against-<br><br>FEDERAL RESERVE DISTRICT BANK OF NEW YORK,<br><br>                          Defendant. | Case No. 1:25-cv-02125 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court shall construe Plaintiff's complaint at Dkt. 21 as the operative complaint in this action. In light of Plaintiff's filing of an amended complaint, Defendant's pending motion to dismiss is denied as moot without prejudice to refiling. Dkt. 16.

Dated: August 29, 2025
       New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge