UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK A. PERELMAN,<br><br>      Plaintiff,<br><br> -against-<br><br>FEDERAL RESERVE DISTRICT BANK OF NEW YORK,<br><br>      Defendant. | Case No. 1:25-cv-02125 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On September 2, 2025, Plaintiff filed a request seeking leave to proceed under a pseudonym in this matter, and asking that the Court seal the existing documents on the docket that reflect Plaintiff's "protected characteristics." Dkt. 23. Defendant shall file a response by September 17, 2025.

Dated: September 10, 2025
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge