**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 MARK A. PERELMAN,

                              Plaintiff,

          -against-                                                          25 **CIVIL** 2125 (JLR)

                                                                            **JUDGMENT**

FEDERAL RESERVE DISTRICT BANK OF
NEW YORK,

                              Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated June 3, 2026, Defendant's motion to dismiss is

GRANTED, and Plaintiff's motion to proceed anonymously is DENIED; accordingly, the case is

closed.

**Dated:** New York, New York

          June 4, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                              **Clerk of Court**


                              BY:   _____
                                              **Deputy Clerk**